**Order entered April 1, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01557-CV

### CRAIG PATRICK POWER, Appellant

### V.

### BRADEN RICHARD POWER, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-15-14415

### ORDER

Before the Court is court reporter LaToya Young-Martinez's March 25, 2020 request for an extension of time until March 27, 2020 to complete the reporter's record in this appeal. As of the date of this order, Ms. Young-Martinez's portion of the record has not been filed.

We **GRANT** the request to the extent that we **ORDER** the reporter's record be filed no later than April 6, 2020. *As the reporter's record was first due January 18, 2020 and three extensions have already been granted, we caution Ms. Young-*

*Martinez that failure to comply may result in the Court taking any necessary steps to ensure the record is filed, including ordering she not sit as a reporter until the reporter's record is filed and the trial court holding a hearing to determine why the record has not been filed.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Dale Tillery, Presiding Judge of the 134th Judicial District Court; Ms. Young-Martinez; and, the parties.

/s/    BILL WHITEHILL
          JUSTICE